TECHCOASTLAW
Frank M. Weyer (127011)
(fweyer@techcoastlaw.com)
2032 Whitley Avenue
Los Angeles, CA 90068
Telephone: (310) 494-6616
Facsimile: (310) 494-9089

Attorney for Plaintiff
EVERYMD LLC

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
REUBEN H. CHEN (228725)
(rchen@cooley.com)
JAVIER TORRES (271538)
(jtorres@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERYMD LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 2:13-cv-06208-MRP (FFMx)<br><br>STIPULATION OF DISMISSAL<br>[FRCP 41(a)(1)(A)(ii)]<br><br>Judge: Hon. Mariana R. Pfaelzer |

1  WHEREAS, on August 23, 2013, EveryMD filed its Complaint against
2  Facebook in the above-captioned case, alleging infringement of United States
3  Patent No. 8,499,047 ("the '047 patent");

4  WHEREAS, on December 6, 2013, Facebook submitted to the Patent Trial
5  and Appeal Board ("PTAB") of the United States Patent and Trademark Office a
6  petition for inter partes review of the '047 patent, Case No. IPR2014-00242;

7  WHEREAS, on December 16, 2013, this Court entered an order staying the
8  litigation in light of the inter partes review petition;

10  WHEREAS, on May 21, 2014, the PTAB instituted inter partes review of the
11  '047 patent, and the inter partes review proceedings are ongoing;

12  WHEREAS, the parties wish to conserve party and judicial resources by
13  dismissing this action without prejudice in light of the pending inter partes review;

14  THEREFORE, plaintiff EveryMD LLC and Defendant Facebook, Inc.
15  hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this
16  action be dismissed without prejudice.

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

| | | |
|---|---|---|
| 1 | Dated: July 3, 2014 | TECHCOASTLAW |
| 2 | | |
| 3 | | */s/ Frank M. Weyer* |
| 4 | | Frank M. Weyer<br>Attorney for Plaintiff |
| 5 | | EVERYMD LLC |
| 6 | | |
| 7 | Dated: July 3, 2014 | COOLEY LLP |
| 8 | | |
| 9 | | */s/ Mark R. Weinstein*<br>Mark R. Weinstein |
| 10 | | Attorneys for Defendant<br>FACEBOOK, INC. |

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all parties have concurred in the filing of this Stipulation of Dismissal [FRCP 41(a)(1)(A)(ii)].

Dated: July 3, 2014                    TECHCOASTLAW


By:      */s/ Frank M. Weyer*
              Frank M. Weyer